Craig K. Perry
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
cperry@craigperry.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer,<br><br>                Plaintiff,<br><br>vs.<br><br>American Express Company, A Foreign Domestic Corporation.<br><br><br>                Defendant. | CASE NO.:<br><br>COMPLAINT FOR DAMAGES FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 ET. SEQ.<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

COMES NOW the Kirby Spencer (Client) ("Plaintiff"), by and through his attorney, Craig K. Perry, Esq. of the law firm of Craig K. Perry & Associates, brings this action to secure redress from unlawful phone and/or texting collection practices against American Express ("Amex").

## INTRODUCTION

1. The Telephone Consumer Protection Act, 47 U.S.C. §227 et seq. prohibits the use of predictive dialers to call cellular telephones. There exists an affirmative defense of "prior express consent," which is available only in circumstances where the autodialed calls concern a specific subject matter for which the call recipient provided his number to the caller.

///

///

///

## JURISDICTION AND VENUE

2.  Jurisdiction of this Court arises pursuant to 47 U.S.C § 227(g)(2), 28 U.S.C. §§ 1331 and 1337 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3.  American Express Company is a corporation organized and existing pursuant to the laws of the State of New York which is primarily engaged in the business of providing charge and credit payment card products and travel-related services worldwide. Its registered agent is CT Corporation System, 111 Eighth Avenue, New York, NY 10011.

4.  Venue in this District is proper pursuant to 47 U.S.C § 227(e)(6)(E)(i), which incorporates by reference 28 U.S.C § 1391, of which the following subsections apply: (b)(2), because a substantial part of the events giving rise to the claim arose in Nevada, and (c)(1), because Plaintiff is a resident of the state of Nevada, and because a substantial portion of the events that led to the cause occurred within this district.

## PARTIES

5.  Plaintiff is a natural person residing in Henderson, Nevada.

6.  Plaintiff is both a "person" and "called party" as those terms are used or defined in 47 U.S.C § 227.

7.  A principal purpose of AMEX's business is the collection of debts.

8.  AMEX is properly referred to as both a "person" and a "caller" as those terms are used or defined in 47 U.S.C § 227.

## STATEMENT OF FACTS

9.  Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 8 inclusive, above.

10. Beginning on or about November 6, 2014, and through February 2, 2015, AMEX contacted or attempted to contact the Plaintiff's paging service, cellular telephone service, specialized mobile radio service, radio common carrier service, or any service for which the called party is charged for the call-using a facsimile transmission, text messages, automatic telephone dialing system, artificial or prerecorded voice. Total calls or texts came to 45 (forty-five)

11. AMEX did not have the prior express consent of the Plaintiff before making the calls described in paragraph 10 above.

12. On the date these texts began, 11-05-2014, Spencer contacted Amex at the phone number listed on the text, 800-528-8000, and advised them this was a new phone number and to stop sending texts. The person with whom Spencer spoke was named "Jeff." Jeff advised Spencer that there was "nothing he could do to stop the texts."

13. Spencer called Amex again on 12-26-2014 and again contacted Jeff and asked them to stop sending the texts. Again, Spencer was told by an Amex representative that they could not stop the texts from being sent. Nevertheless, the rep gave Spencer a fax number and mailing address to contact the company. Accordingly, Spencer contacted them via fax at 623-444-3000 and certified mail at P.O. Bx 981535, El Paso TX 79998. These were done on December 27, 2014.

14. The texting or calls did not cease until February 2, 2015.

15. Each text message was sent from the short code 692639, which belongs to Amex.

## CLAIM FOR RELIEF

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

16. Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 15 inclusive, above.

17. Section 227(b)(3)(A) of the TCPA authorizes a private cause of action for a person or entity to bring in an appropriate court of that state "an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation."

18. Section 227(b)(3)(B), of the Act authorizes a private cause of action for a person or entity to bring in an appropriate court of that state "an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater."

19. Despite the fact that Plaintiff never consented to AMEX making calls to his cellular telephone, AMEX repeatedly placed non-emergency calls to Plaintiff's cellular telephone without Plaintiff's consent.

20. The Act also authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations when they are done "willfully and knowingly."

21. Here, upon information and belief, AMEX repeatedly and regularly placed non-emergency, automated calls to Plaintiff's cellular telephone.

22. AMEX did not have Plaintiff's express consent prior to contacting him on his cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice.

23. AMEX's conduct violated § 227(b)(1)(A)(iii) of the TCPA by making any call by way of SMS text messaging using any automatic telephone dialing system or an artificial prerecorded voice to a telephone number assigned to a cellular telephone service.

WHEREFORE, Plaintiff, Kirby Spencer (Client), respectfully prays for a judgment as follows:

a. Actual damages;

b. Statutory damages up to $1,500 per violation;

c. Reasonable attorney's fees and costs; and

d. Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Kirby Spencer (Client), demands a trial by jury in this case.

Dated this 31st day of October 2017.

RESPECTFULLY SUBMITTED,

CRAIG K. PERRY & ASSOCIATES

Craig K. Perry, Esq.
Nevada Bar #003786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 942-7520 Fax
info@1stoplawfirm.com
Attorney for Plaintiff