Craig K. Perry, Esq.
Nevada Bar #3786
CRAIG K. PERRY & ASSOCIATES
8010 West Sahara Ave., Suite 260
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
info@1stoplawfirm.com
Attorney for Plaintiff

# UNITED STATES FEDERAL COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer | CASE NO.: 2-17-CV-02744 |
| Plaintiff, | |
| vs. | **Stipulation for Enlargement of Time to Answer Plaintiff's Complaint** |
| American Express Company, A Foreign Domestic Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and through Craig K. Perry, Esq., of the law firm of CRAIG K. PERRY & ASSOCIATES ("Plaintiff") and Gustave Ivan Perez II, counsel for American Express Company ("Defendant"), that the current date for Defendant, American Express Company answer to Plaintiff's complaint is due on December 6, 2017. That both parties herein agree to granting an enlargement of time to Defendant to file its answer no later than January 8, 2018.

///
///
///
///
///
///
//

1

1  IT IS SO STIPULATED

| Dated this 1st day of December 2017 | Dated this 5 day of December 2017 |
|---|---|
| CRAIG K. PERRY & ASSOCIATES | CLARK HILL, PLLC |
| *signature* | *signature* |
| CRAIG K. PERRY, ESQ.<br>Nevada Bar #3786<br>8010 West Sahara Ave., Suite 260<br>Las Vegas, NV 89117<br>info@1stoplawfirm.com<br>Attorney for Plaintiff | CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>MATTHEW R. CARLYON, ESQ.<br>Nevada Bar No. 12712<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169 |

IT IS ORDERED                    DATED: December 6, 2017

*signature*

US District Magistrate Judge