1 | CLARK HILL PLLC
CANDACE C. CARLYON
2 | Nevada State Bar No. 2666
JEREMY J. THOMPSON
3 | Nevada State Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
4 | Las Vegas, NV 89169
Telephone: 702-697-7530
5 | Facsimile: 702-862-8400
Email: ccarlyon@clarkhill.com

Attorneys for Defendant
AMERICAN EXPRESS COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kirby Spencer,

    Plaintiff,

v.

American Express Company, A Foreign Domestic Corporation,

    Defendant.

Case No. 2:17-cv-02744-APG-CWH

**JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT**
**(Second Request)**

[L.R. IA 6-1]

    This is the second stipulation for extension of time for defendant American Express Company ("American Express") to respond to plaintiff Kirby Spencer's ("Plaintiff") Complaint. American Express was served on November 15, 2017. Defendant's response to the Complaint currently is due on January 8, 2017 having been extended once previously. (See ECF No. 6) Plaintiff and American Express, through their respective counsel of record, have agreed to further extend the deadline for American Express to respond to the Complaint to and including January 23, 2018. Good cause for this extension exists because American Express requires additional time to

///

///

///

JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT

LA 52124198

investigate the allegations of the Complaint, and because all parties are actively considering resolution of this litigation.

Dated: January 5, 2018

CRAIG K. PERRY & ASSOCIATES
CRAIG K. PERRY

By: _____
    Craig K. Perry

Attorneys for Plaintiff
Kirby Spencer

Dated: January 5, 2018

CLARK HILL PLLC
JEREMY J. THOMPSON

By: /s/ _____
    Jeremy J. Thompson

Attorney for Defendant
AMERICAN EXPRESS COMPANY

**IT IS SO ORDERED.**
January 9, 2018

_____
Date

_____
Honorable Carl W. Hoffman
United States District Magistrate Judge