CLARK HILL PLLC
CANDACE C. CARLYON
Nevada State Bar No. 2666
JEREMY J. THOMPSON
Nevada State Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: 702-697-7530
Facsimile: 702-862-8400
Email: *ccarlyon@clarkhill.com*

Attorneys for Defendant
AMERICAN EXPRESS COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer,<br><br>    Plaintiff,<br><br>v.<br><br>American Express Company, A Foreign Domestic Corporation,<br><br>    Defendant. | Case No. 2:17-cv-02744-APG-CWH<br><br>**JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT**<br>**(Third Request)**<br><br>[L.R. IA 6-1] |

This is the third stipulation for extension of time for defendant American Express Company ("American Express") to respond to plaintiff Kirby Spencer's ("Plaintiff") Complaint. American Express was served on November 15, 2017. Defendant's response to the Complaint currently is due on January 23, 2017, having been extended twice previously. (ECF Nos. 6, 9.) Plaintiff and American Express, through their respective counsel of record, have agreed to further extend the deadline for American Express to respond to the Complaint to and including February 7, 2018. Good cause for this extension exists because all parties are actively working towards resolution of this litigation.

JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT
LA 52145015

| | |
|---|---|
| Dated: January 19th, 2018 | CRAIG K. PERRY & ASSOCIATES<br>CRAIG K. PERRY<br><br>By: _____<br>Craig K. Perry<br><br>Attorneys for Plaintiff<br>Kirby Spencer |
| Dated: January 19, 2018 | CLARK HILL PLLC<br>JEREMY J. THOMPSON<br><br>By: _s/_____<br>Jeremy J. Thompson<br><br>Attorney for Defendant<br>AMERICAN EXPRESS COMPANY |

IT IS SO ORDERED.
January 22, 2018
_____
Date

_____
Honorable Carl W. Hoffman
United States District Magistrate Judge

-2-
JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT
LA 52145015