|   |                                           |
|---|-------------------------------------------|
| 1 | CLARK HILL PLLC                           |
|   | CANDACE C. CARLYON                        |
| 2 | Nevada State Bar No. 2666                 |
|   | JEREMY J. THOMPSON                        |
| 3 | Nevada State Bar No. 12503                |
|   | 3800 Howard Hughes Parkway, Suite 500     |
| 4 | Las Vegas, NV 89169                       |
|   | Telephone: 702-697-7530                   |
| 5 | Facsimile: 702-862-8400                   |
|   | Email: ccarlyon@clarkhill.com             |
| 6 |                                           |
| 7 | Attorneys for Defendant                   |
|   | AMERICAN EXPRESS COMPANY                  |
| 8 |                                           |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kirby Spencer,

    Plaintiff,

v.

American Express Company, A Foreign Domestic Corporation,

    Defendant.

Case No. 2:17-cv-02744-APG-CWH

**JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT**
**(Fourth Request)**

[L.R. IA 6-1]

This is the fourth stipulation for extension of time for defendant American Express Company ("American Express") to respond to plaintiff Kirby Spencer's ("Plaintiff") Complaint. American Express was served on November 15, 2017. Defendant's response to the Complaint currently is due on February 7, 2018, having been extended thrice previously. (ECF Nos. 6, 9, 12.) Plaintiff and American Express, through their respective counsel of record, have agreed to further extend the deadline for American Express to respond to the Complaint to and including February 27, 2018. Good cause for this extension exists because all parties are actively working towards resolution of this litigation.

JOINT STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT

LA 52149297

Dated: February 6, 2018

CRAIG K. PERRY & ASSOCIATES
CRAIG K. PERRY

By: */s/ Craig K. Perry*
    Craig K. Perry

Attorneys for Plaintiff
    Kirby Spencer

Dated: February 6, 2018

CLARK HILL PLLC
JEREMY J. THOMPSON

By: */s/ Jeremy J. Thompson*
    Jeremy J. Thompson

Attorney for Defendant
    AMERICAN EXPRESS COMPANY

**IT IS SO ORDERED.**

February 7, 2018
Date

_____
Honorable Carl W. Hoffman
United States District Magistrate Judge