CRAIG K. PERRY, Esq.
Nevada State Bar No.: 3786
CRAIG K. PERRY & ASSOCIATES
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
craig@craigperry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, A FOREIGN DOMESTIC CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-02744-APG-CWH<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

    The Plaintiff, Kirby Spencer, hereby submits this Notice of Settlement to notify the Court that this lawsuit has been resolved, and to request 30 days in which to finalize the settlement and to file a voluntary dismissal with prejudice.

DATED: February 23, 2018

Respectfully Submitted,

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
Craig K. Perry, Esq.
Nevada State Bar No. 3786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
info@1stoplawfirm.com
Attorney for Plaintiff

Case No.: 2:17-cv-02744-APG-CWH