Craig K. Perry, Esq.
Nevada Bar #3786
CRAIG K. PERRY & ASSOCIATES
8010 West Sahara Ave., Suite 260
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
cperry@craigperry.com

Attorney for Plaintiff

UNITED STATES FEDERAL COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer, | CASE NO.: 2-17-CV-02744 |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| American Express Company, A Foreign Domestic Corporation, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

Pursuant to Fed R. Civ.P.41(a)(1), and no defendants having appeared, filed an answer or motion for summary judgment, Plaintiff hereby dismisses this action with prejudice.

DATED: this 7th day of March 2018

Respectfully Submitted,

CRAIG K. PERRY & ASSOCIATES

*/s/ Craig K. Perry*

Craig K. Perry, Esq.
Nevada Bar #003786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 942-7520 Fax
cperry@craigperry.com
Attorney for Plaintiff

KIRBY SPENCER v AMERICAN EXPRESS COMPANY   Case No: 2:17-cv-02774